**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NAVITAS SEMICONDUCTOR IRELAND, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RENESAS ELECTRONICS CORPORATION,<br><br>Defendant. | Case No. 2:26-cv-01022<br><br>**Jury Trial Demanded** |

**<u>COMPLAINT FOR PATENT INFRINGEMENT</u>**

Plaintiff Navitas Semiconductor Ireland, LLC ("Navitas" or "Plaintiff") files this Complaint for Patent Infringement and Demand for Jury Trial against Renesas Electronics Corporation ("Defendant" or "Renesas") and alleges as follows:

1. Navitas is a pioneer in wide bandgap technologies driving innovation across AI data centers, energy and grid infrastructure, performance computing, and industrial electrification. Navitas was founded to address the potential of the emerging technology of gallium nitride (GaN) to make faster, simpler, lighter, smaller, and more efficient systems. In 2017, Navitas introduced the industry's first half-bridge GaN power integrated circuit. Navitas' groundbreaking technology allowing for monolithic integration of GaN technologies with analog, logic, and power circuits has received industry awards and recognition. Navitas has over 450 issued or pending patents protecting its proprietary technology.

2. This complaint arises from Renesas' unlawful infringement of the following United States Patents: U.S. Patent No. 9,929,079 (the "'079 Patent"); U.S. Patent No. 11,770,010 (the

"'010 Patent"); U.S. Patent No. 11,545,838 (the "'838 Patent"); U.S. Patent No. 11,862,996 (the "'996 Patent"), U.S. Patent No. 9,613,891 (the "'891 Patent"); and U.S. Patent No. 10,269,687 (the "'687 Patent") (collectively, "the Asserted Patents").

3. Plaintiff previously filed suit on August 10, 2026 in this District alleging Renesas infringed the '079 Patent, '010 Patent, '838 Patent, and '996 Patent. *Navitas Semiconductor Ireland, LLC v. Renesas Electronics Corp.*, No. 26-cv-00676-JRG, Dkt. No. 1 (E.D. Tex.) (hereinafter, "*Navitas I*").

4. Counts I-IV accuse Renesas' new SuperGaN® product of infringing the '079 Patent, '010 Patent, '838 Patent, and '996 Patent in *Navitas I*. Counts V-VI accuse Renesas' new REXGaN® product line of infringing the '891 and '687 Patents.

**THE PARTIES**

5. Navitas Semiconductor Ireland, LLC is a Delaware limited liability company with its principal place of business at 3520 Challenger Street, Torrance, California 90503, and owns all right, title, and interest in the Asserted Patents.

6. Renesas Electronics Corporation is a corporation formed under the laws of Japan, with a principal place of business at TOYOSU FORESIA, 3-2-24 Toyosu, Koto-ku, Tokyo 135-0061, Japan. On information and belief, Renesas' products are made, sold, offered for sale, and/or imported in the United States and in this District.

**JURISDICTION AND VENUE**

7. This action for patent infringement arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq*. This Court has subject matter jurisdiction over this controversy pursuant to at least 28 U.S.C. §§ 1331 and 1338(a). *E.g.*, *Chip Packaging Techs. v. Renesas Electronics Corp.*, No. 26-cv-00120-JRG (E.D. Tex. Feb. 17, 2026), Dkt. No. 19, Answer ¶ 4 ("For the purposes of

this action, Renesas admits that this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).”).

8. This Court has personal jurisdiction over Renesas. Renesas conducts business and has committed acts of patent infringement in this District, the State of Texas, and elsewhere in the United States. *E.g.*, *Chip Packaging Techs. v. Renesas Electronics Corp.*, No. 26-cv-00120-JRG (E.D. Tex. Feb. 17, 2026), Dkt. No. 19, Answer ¶ 5 (“For the purposes of this action, Renesas admits that it is subject to personal jurisdiction in the Eastern District of Texas.”).

9. Plaintiff’s causes of action arise, at least in part, from Renesas’ contacts with and activities in this District and the State of Texas.

10. Renesas has infringed the Asserted Patents within this District and the State of Texas by making, using, distributing, marketing, offering, and/or importing in or into this District and elsewhere in the State of Texas, products that infringe the Asserted Patents, including the Accused Products. *E.g.*, *Chip Packaging Techs. v. Renesas Electronics Corp.*, No. 26-cv-00120-JRG (E.D. Tex. Feb. 17, 2026), Dkt. No. 19, Answer ¶ 3 (“Renesas admits … that its semiconductor products are imported, offered for sale, and/or sold in the United States and this District.”). Renesas, directly and through intermediaries, makes, uses, offers, imports, distributes, advertises, promotes, and/or otherwise commercializes such infringing products in or into this District and the State of Texas. Renesas regularly conducts and solicits business in, engages in other persistent courses of conduct in, and/or derives substantial revenue from goods and services provided to residents of this District and the State of Texas. Renesas has purposely availed itself of this forum by filing patent infringement suits in this District. *E.g.*, *Renesas Electronics Corp. v. Vizio, Inc.*, No. 11-cv-00356 (E.D. Tex. Aug. 12, 2011).

11. This Court has personal jurisdiction over Renesas pursuant to Tex. Civ. Prac. & Rem. Code § 17.041 *et seq*.

12. Personal jurisdiction exists over Renesas because Renesas has minimum contacts with this forum as a result of business regularly conducted within this District and the State of Texas, and, on information and belief, specifically as a result of, at least, committing the tort of patent infringement within this District and the State of Texas.

13. This Court also has personal jurisdiction over Renesas, in part, because Renesas does continuous and systematic business in this District, including by providing infringing products to the residents of this District that Renesas knew would be used within this District, and by soliciting business from the residents of this District.

14. Venue is proper in this District pursuant to at least 28 U.S.C. § 1391. *E.g.*, *Chip Packaging Techs. v. Renesas Electronics Corp.*, No. 26-cv-00120-JRG (E.D. Tex. Feb. 17, 2026), Dkt. No. 19, Answer ¶ 6 ("For the purposes of this action, Renesas admits that … venue is proper in the District."); *Xueshan Technologies Inc. v. Renesas Electronics Corp.*, 23-cv-00091-JRG-RSP, Dkt. No. 13, Answer ¶ 16 (E.D. Tex. Aug. 1, 2023) ("Renesas is not seeking dismissal for improper venue for purposes of this action...."). On information and belief, Renesas is not a resident of the United States, does not own or operate any facilities in the United States, and thus may be sued in any judicial district, including this one, pursuant to 28 U.S.C. § 1391(c)(3). *See Signal, LLP v. Renesas Electronics Corporation*, No. 26-cv-00093-JRG, Dkt. No. 23-27 (Decl. of Yasuhiro Iizuka ¶¶ 5-6) (E.D. Tex. June 30, 2026) (declaring Renesas Electronics Corporation has a "principal place of business in Tokyo, Japan" and "does not operate or have any facilities in the United States").

## RENESAS' WILLFUL INFRINGEMENT

15. Plaintiff notified Renesas of its infringement of the '079 Patent, '010 Patent, '838 Patent, and '996 Patent by letter dated August 9, 2026 to Renesas' outside counsel. To date, Renesas has neither responded to Navitas' letter, nor ceased its infringement of these Asserted Patents.

16. Plaintiff then filed suit on August 10, 2026 in this District alleging Renesas infringed the '079 Patent, '010 Patent, '838 Patent, and '996 Patent.

17. After the filing of the *Navitas I* complaint, Renesas continues to sell the SuperGaN® products accused in *Navitas I*, and has introduced new SuperGaN® products, including TP65H020G4PLSGBD, built on its Gen IV Plus GaN architecture that infringe the '079 Patent, '010 Patent, '838 Patent, and '996 Patent in willful and deliberate disregard of Navitas' patent rights.

## COUNT I

### (Infringement of the '079 Patent)

18. Plaintiff repeats and re-alleges the allegations in the preceding paragraphs as if fully set forth herein.

19. On March 27, 2018, the U.S. Patent & Trademark Office duly and legally issued the '079 Patent, entitled "Leadless Electronic Packages For GaN Devices." Attached hereto as Exhibit 1 is a true and correct copy of the '079 Patent.

20. Plaintiff Navitas Semiconductor Ireland, LLC is the owner of all right, title, and interest in and to the '079 Patent, including the right to assert all causes of action arising under the '079 Patent and the right to any remedies for infringement of the '079 Patent.

21. Claim 1 of the '079 Patent recites:

1. An electronic component comprising:

a first lead, a second lead, and a third lead;

at least a first semiconductor device having a device top surface opposite a device bottom surface, wherein the device bottom surface is attached to a top surface of the first lead and the device top surface includes at least one source terminal that is electrically coupled to the first lead, at least one drain terminal that is electrically coupled to the second lead and at least one input terminal that is electrically coupled to the third lead; and

an electrically insulative encapsulant formed around the at least a first semiconductor device and around at least a portion of the first lead, the second lead and the third lead.

22. Renesas has directly infringed and continues to directly infringe, literally and/or under the doctrine of equivalents, one or more claims including at least claim 1 of the ’079 Patent, in violation of 35 U.S.C. § 271(a) because Renesas makes, uses, sells, offers for sale, and/or imports certain SuperGaN® product including the 650V SuperGaN® FET in PQFN package (part no. TP65H020G4PLSGBD) (“the ’079 Accused Product”), including within this District.

23. The ’079 Accused Product satisfies all claim limitations of one or more claims of the ’079 Patent, including at least claim 1. To the extent a claim limitation is not met literally, it is met under the doctrine of equivalents because any differences between the ’079 Accused Product and any limitation of the claims of the ’079 Patent are insubstantial.

24. For example, the ’079 Accused Product includes an electronic component comprising a first, second, and third lead. As shown below, just like the TP65H070G4LSGBEA

650V SuperGaN® FET, the ’079 Accused Product is packaged in PQFN 8×8 electronic package,[1] which includes leads for the source, gate, and drain:

**’079 Accused Product - TP65H020G4PLSGBD**




TP65H020G4PLSGBD Press Release (Sept. 30, 2026) (cropped).[2]

[1] https://www.renesas.com/en/document/sds/tp65h020g4plsgbd-short-form-datasheet?r=25627606 (Sept. 11, 2026) at 1 (last visited on Nov. 11, 2026) (“TP65H020G4PLSGBD datasheet”).

[2] https://www.renesas.com/en/about/newsroom/renesas-unveils-industrys-first-650v-gan-dual-side-cooled-8x8mm-package-megawatt-scale-ai-data (Sept. 30, 2026) (last visited Nov. 11, 2026).

**TP65H070G4LSGBEA Datasheet**

# 1. Pin Information

## 1.1 Pin Assignments




**Figure 1. Pin Assignments – Bottom View**

## 1.2 Pin Descriptions

| Pin Number | Pin Name | Description |
|---|---|---|
| 1, 2, 3, 4 | D | Drain. |
| 5, 6 | S | Source. |
| 7 | KS | Kelvin source. |
| 8 | G | Gate. |
| 9 | S | Source. |

TP65H070G4LSGBEA datasheet (Nov. 25, 2025) at 1 (*Navitas I* accused device).[3]

25. The ’079 Accused Product also includes a first semiconductor device having a device top surface opposite a bottom surface, wherein the device bottom surface is attached to a top surface of the first lead and the device top surface includes at least one source terminal that is electrically coupled to the first lead, at least one drain terminal that is electrically coupled to the second lead and at least one input terminal that is electrically coupled to the third lead. As shown below, the ’079 Accused Product combines “a high-voltage GaN HEMT with a low-voltage silicon MOSFET”:

[3] https://www.renesas.com/en/document/dst/tp65h070g4lsgbea-datasheet?r=25577488 (last visited Nov. 11, 2026).

RENESAS

Short-Form Datasheet

TP65H020G4PLSGBD

650V SuperGaN® GaN FET in PQFN 8x8 Dual Side Cooled Package (Source Tab)

**Description**

The TP65H020G4PLSGBD 650V, 20mΩ Gallium Nitride (GaN) FET is a normally-off switch that uses Renesas' Gen IV Plus platform. It combines a high-voltage depletion-mode GaN HEMT for high switching speed and high reliability with a low-voltage silicon MOSFET for normally-off operations and compatibility with standard drivers.

It is packaged in a thin QFN package with double-side cooling for superior thermal performance and highest power density.

**Features**

- Insulated gate with high-threshold and high-gate margin
- Built-in freewheeling diode for low Vsd drop during deadtime
- Negligible reverse recovery charge
- Low Qg and low Qoss
- High dv/dt immunity
- Soft and hard-switching capability
- Transient overvoltage capability
- Dual-side cooled thin package

TP65H020G4PLSGBD datasheet at 1 (cropped, annotated). As shown below, Renesas explains that its SuperGaN® FETs in PQFN, TOLL, and TOLT packaging include source, drain, and input terminals electrically connected to the leads. The 650V SuperGaN® FET uses PQFN packaging. TP65H020G4PLSGBD datasheet at 1.




***Figure 11:** SuperGaN FET die-on-die assembly (TO-247 test vehicle). Can be done in surface mount packages, like PQFN, TOLL, TOLT, or modules.*

The Fundamental Advantages of Normally-Off D-Mode GaN (Aug. 2024) at 11, Fig. 11.[4]

26. The ’079 Accused Product also includes an electrically insulative encapsulant formed around the at least a first semiconductor device and around at least a portion of the first lead, the second lead and the third lead. It includes a PQFN package that electrically insulates and encapsulates the semiconductor device and at least a portion of the leads in molded black plastic:

---

[4] https://www.renesas.com/en/document/whp/fundamental-advantages-normally-d-mode-gan?queryID=d5744a4f4c21985710f9a88d6d127f52 (last visited on Nov. 11, 2026)




TP65H020G4PLSGBD Press Release (Sept. 30, 2026) (cropped).

27. On or before August 2026, Renesas had actual knowledge of the ’079 Patent and the infringing nature of the ’079 Accused Products when Plaintiff sent a letter notifying Renesas of its infringement and when Plaintiff filed its Complaint in *Navitas I* accusing Renesas of infringing the ’079 Patent.

28. On information and belief, Renesas also had actual knowledge of the ’079 Patent through its process of acquiring Transphorm, Inc., including, but not limited to the due diligence performed prior to acquisition, the importance of Transphorm’s patent portfolio to the acquisition, and Renesas’ strategy of acquisition. Specifically, Renesas and Transphorm were aware of the ’079 Patent and its corresponding Patent Application Publication No. 2017/0194237 (the “’079 Application”) through Transphorm’s prosecution of its U.S. Patent No. 11,749,656 where it both cited the ’079 Application in an Information Disclosure Statement and submitted an International Search Report and Written Opinion citing the ’079 Application to the U.S. Patent & Trademark Office on November 1, 2021. Transphorm’s issued patent also cites the ’079 Application on its face.

29. Renesas has infringed, is currently infringing, and/or unless enjoined will continue to infringe one or more claims including at least claim 1 of the ’079 Patent in this District and elsewhere in the United States by, among other things, making, using, importing, selling, and/or offering for sale the ’079 Accused Product.

30. Renesas has infringed and continues to infringe the ’079 Patent despite the fact that it knew its conduct amounted to infringement of the ’079 Patent. Renesas’ infringement of the ’079 Patent is willful and deliberate, entitling Plaintiff to increased damages under 35 U.S.C. § 284 and to attorneys’ fees and costs incurred in prosecuting this action pursuant to 35 U.S.C. § 285.

31. Plaintiff has suffered damages as a result of Renesas’ direct and indirect infringement of the ’079 Patent in an amount adequate to compensate for Renesas’ infringement, but in no event less than a reasonable royalty for the use made of the invention by Renesas, together with interest and costs as fixed by the Court.

## COUNT II

## (Infringement of the ’010 Patent)

32. Plaintiff repeats and re-alleges the allegations in the preceding paragraphs as if fully set forth herein.

33. On September 26, 2023, the U.S. Patent & Trademark Office duly and legally issued the ’010 Patent, entitled “Half-Bridge Circuit Using Separately Packaged GaN Power Devices.” Attached hereto as Exhibit 2 is a true and correct copy of the ’010 Patent.

34. Plaintiff Navitas Semiconductor Ireland, LLC is the owner of all right, title, and interest in and to the ’010 Patent, including the right to assert all causes of action arising under the ’010 Patent and the right to any remedies for the infringement of the ’010 Patent.

35. Claim 19 of the ’010 Patent recites:

19. A half-bridge power converter, comprising:

a low-side circuit disposed on a first semiconductor device, the first semiconductor device formed from a first semiconductor substrate comprising gallium-nitride, wherein the low-side circuit comprises:

a low-side transistor including a low-side switch control gate, a low-side source, and a low-side drain wherein the low-side transistor is controlled by a low-side transistor driver circuit arranged to control a conductivity state of the low-side transistor in response to receiving a first input signal;

wherein the first semiconductor device is attached to a first die-attach pad, the low-side source is electrically connected to a first external terminal, and the low-side drain is electrically connected to a second external terminal; and

a high-side circuit disposed on a second semiconductor device, the second semiconductor device formed from a second semiconductor substrate comprising gallium-nitride, wherein the high-side circuit comprises:

a high-side transistor including a high-side switch control gate, a high-side source, and a high-side drain wherein the high-side transistor is controlled by a high-side transistor driver circuit arranged to control a conductivity state of the high-side transistor in response to receiving a second input signal;

wherein the second semiconductor device is attached to a second die-attach pad, the high-side source is electrically connected to a third external terminal and the high-side drain is electrically connected to a fourth external terminal;

wherein the low-side drain is electrically connected to the high-side source forming a switch-node of the half-bridge power converter.

36. Renesas has directly infringed and continues to directly infringe, literally and/or under the doctrine of equivalents, one or more claims including at least claim 19 of the ’010 Patent, in violation of 35 U.S.C. § 271(a) because Renesas makes, uses, sells, offers for sale, and/or imports certain SuperGaN products including the 650V SuperGaN® Uni-Directional Switch (part no. TP65H020G4PLSGBD), and Renesas drivers (*e.g.*, ISL71441M; ISL73041SEH; ISL73033SLHM; ISL71040M; ISL70040SEH; ISL73040SEH) (collectively, “the ’010 Accused Products”), including within this District.

37. In addition, Renesas has indirectly infringed and continues to indirectly infringe the ’010 Patent in violation of 35 U.S.C. § 271(b). Renesas has actively induced its customers, consumers, and end-users of the ’010 Accused Products to directly infringe the ’010 Patent throughout the United States, including within this District, by instructing and promoting the use of the ’010 Accused Products, including by providing and disseminating test boards, instructions, product literature, manuals, and other materials describing how to implement the ’010 Accused Products. *E.g.,* RTDACHB0000RS-MF-1 BDS GaN Evaluation Board Manual (Mar. 10, 2026) (“GaN Evaluation Board Manual”)[5]; Renesas High Voltage GaN Bi-Directional Switches: Strong Performance, Simpler to Use (March 2026) (“Renesas GaN BDS White Paper”)[6]; TP65B110HRU

---

[5] https://www.renesas.com/en/document/mah/rtdachb0000rs-mf-1-bds-gan-evaluation-board-manual?r=25611010 (last visited on Nov. 11, 2026).

[6] https://www.renesas.com/en/document/whp/high-voltage-gan-bi-directional-switches-strong-performance-simpler-use (last visited on Nov. 11, 2026).

data sheet (Mar. 10, 2026);[7] Designing with Renesas High-Voltage GaN Devices Technical Briefing (Dec. 2, 2025) ("Designing with High-Voltage GaN Devices").[8] Just like the TP65B110HRU, the TP65H020G4PLSGBD is a "high-voltage, depletion-mode GaN" with "normally-off" "low-voltage silicon MOSFET." TP65B110HRU data sheet at 1 (Mar. 10, 2026); TP65H020G4PLSGBD data sheet at 1. The TP65H020G4PLSGBD could therefore be used to create a half-bridge circuit, for example, using the GaN Evaluation Board. Renesas tells its customers to use Renesas D-Mode GaN (Depletion-Mode Gallium Nitride) devices in various power configurations including half-bridge topologies. Designing with High-Voltage GaN Devices at 6 ("As shown in Figure 2, a half-bridge topology is implemented using Renesas GaN devices, specifically the TP65H030G4PRS. In this setup, two GaN devices – QA (high-side) and QB (low-side) – form the half-bridge structure."). The 650V SuperGaN® Uni-Directional Switch (part no. TP65H020G4PLSGBD) is such a D-Mode GaN device. TP65H020G4PLSGBD data sheet at 1 ("The TP65H020G4PLSGBD 650V, 20mΩ Gallium Nitride (GaN) FET is a normally-off switch that uses Renesas' Gen IV Plus platform. It combines a high-voltage depletion-mode GaN HEMT for high switching speed and high reliability with a low-voltage silicon MOSFET for normally-off operations and compatibility with standard drivers.").

38. Renesas does so knowing and intending its customers, consumers, and end-users will commit these infringing acts. Renesas also continues to make, use, offer for sale, sell, and/or import the '010 Accused Products, despite its knowledge of the '010 Patent, thereby specifically

---

[7] https://www.renesas.com/en/document/dst/tp65b110hru-datasheet?r=25610905 (last visited Nov. 11, 2026).

[8] https://www.renesas.com/en/document/tcb/designing-renesas-high-voltage-gan-devices-technical-brief?r=25627606 (last visited Nov. 11, 2026).

intending for and inducing its customers, consumers, and end-users to directly infringe the ’010 Patent through the customers’ use of the ’010 Accused Products.

39. The ’010 Accused Products satisfy all claim limitations of one or more claims of the ’010 Patent, including at least claim 19. To the extent a claim limitation is not met literally, it is met under the doctrine of equivalents because any differences between the ’010 Accused Products and any limitation of the claims of the ’010 Patent are insubstantial.

40. For example, the ’010 Accused Products form a half-bridge power converter. Renesas instructs how to use a SuperGaN® Bi-Directional Switch as part of a “half-bridge” power converter. For example, its RTDACHB0000RS-MF-1 BDS GaN Evaluation Board Manual explains that: “The BDS evaluation board is designed to demonstrate the performance of the 650V TP65B110HRU GaN Bi-Directional Switch (BDS) in a half-bridge configuration.” GaN Evaluation Board Manual at 3; *see also* Designing with High-Voltage GaN Devices at 6 (“As shown in Figure 2, a half-bridge topology is implemented using Renesas GaN devices, specifically the TP65H030G4PRS. In this setup, two GaN devices – QA (high-side) and QB (low-side) – form the half-bridge structure.”). Renesas’ other SuperGaN® devices, including the accused 650V SuperGaN® Uni-Directional Switch TP65H020G4PLSGBD, similarly can be used as part of a half-bridge power converter. In this half-bridge power converter, two 650V SuperGaN® Bi-Directional Switch devices are used. GaN Evaluation Board Manual at 18 (“two devices – Q2 (high side) and Q3 (low side) – form the half bridge stage”).

41. The ’010 Accused Products also includes a low-side circuit disposed on a first semiconductor device formed from a first semiconductor substrate comprising gallium-nitride. Like the TP65B110HRU 650V SuperGaN® FET, the TP65H020G4PLSGBD is also part of Renesas’ SuperGaN® product line and therefore also includes a “GaN HEMT Substrate.”

TP65B110HRU data sheet at 3; TP65H020G4PLSGBD data sheet at 1. Renesas' GaN Evaluation Board Manual further explains that: "In Figure 24, the half-bridge topology is implemented using Renesas TP65B110HRU BDS GaN devices. In this configuration, two devices – Q2 (high side) and Q3 (low side) – form the half bridge stage." GaN Evaluation Board Manual at 18. It would also be understood that the 650V SuperGaN® Uni-Directional Switch could also be used in the GaN Evaluation Board. Figure 24 showing the "Half Bridge Schematic" from that Manual is reproduced below:




**Figure 24. Half-Bridge Schematic**

GaN Evaluation Board Manual at Fig. 24; *see also* Designing with High-Voltage GaN Devices at 6 ("As shown in Figure 2, a half-bridge topology is implemented using Renesas GaN devices, specifically the TP65H030G4PRS. In this setup, two GaN devices – QA (high-side) and QB (low-side) – form the half-bridge structure.").

42. The '010 Accused Products also include a low-side transistor including a low-side switch control gate, a low-side source, and a low-side drain wherein the low-side transistor is controlled by a low-side transistor driver circuit arranged to control a conductivity state of the low-side transistor in response to receiving a first input signal. Like the TP65B110HRU650V SuperGaN® FET, the TP65H020G4PLSGBD includes a low-side switch control gate, a low-side source, and a low-side common-drain indicated below:




TP65H020G4PLSGBD data sheet at 1 (excerpted).




*Figure 7. D-mode GaN BDS products are packaged in top-side cooled surface mount packages for best thermal performance and switching performance. The low-voltage silicon MOSFETs are included in the package. No additional circuitry to achieve safe normally-off operations is needed on board.*

Renesas GaN BDS White Paper at 9. Renesas teaches a low-side transistor driver circuit to control the transistor's conductivity state in response to receiving a first input signal: "[t]o drive each BDS

device, two dual-output gate drivers are employed, allowing the use of separate turn-on and turn-off resistors to optimize switching behavior." GaN Evaluation Board Manual at 18 & Fig. 24 (showing "GATE DRIVERS"); *see also id.* at 9 & Fig. 11. The TP65H020G4PLSGBD configured as a low-side transistor can also be controlled using a gate driver, as Renesas' Press Release explained that the product "designs with industry-standard PQFN footprint plus full controller, ***driver*** and MCU lineup." TP65H020G4PLSGBD Press Release at 1 (emphasis added).

43. The '010 Accused Products also include a first semiconductor device attached to a first die-attach pad, the low-side source is electrically connected to a first external terminal, and the low-side drain is electrically connected to a second external terminal. The GaN device in the 650V SuperGaN® Bi-Directional Switch is attached to a first die-attach pad. The TP65B110HRU 650V SuperGaN® FET datasheet explains: "The substrate of the GaN die is directly connected to the **package tab** for highest thermal performance." TP65B110HRU data sheet at 12 (original emphasis). Renesas also shows the first semiconductor device inside the package with wirebonds to the terminals:




***Figure 7****. D-mode GaN BDS products are packaged in top-side cooled surface mount packages for best thermal performance and switching performance. The low-voltage silicon MOSFETs are included in the package. No additional circuitry to achieve safe normally-off operations is needed on board.*

Renesas GaN BDS White Paper at 9 & Fig. 7; *see also* TP65B110HRU data sheet at 1. Like the TP65B110HRU 650V SuperGaN® FET, the TP65H020G4PLSGBD is also part of Renesas'

SuperGaN® product line, and therefore its FET is also attached to a die-attach pad with wirebonds to the terminals.

44. The ’010 Accused Products also include a high-side circuit disposed on a second semiconductor device, the second semiconductor device formed from a second semiconductor substrate comprising gallium nitride. Like the TP65B110HRU 650V SuperGaN® FET, the TP65H020G4PLSGBD is also part of Renesas’ SuperGaN® product line and therefore also includes a “GaN HEMT Substrate.” TP65B110HRU data sheet at 3; TP65H020G4PLSGBD data sheet at 1. Renesas’ GaN Evaluation Board Manual further explains that the 650V SuperGaN® Bi-Directional Switch is the “high side” device Q2. GaN Evaluation Board Manual at 18 (“In Figure 24, the half-bridge topology is implemented using Renesas TP65B110HRU BDS GaN devices. In this configuration, two devices – Q2 (high side) and Q3 (low side) – form the half bridge stage.”). It would also be understood that the 650V SuperGaN® Uni-Directional Switch could also be used in the GaN Evaluation Board. Designing with High-Voltage GaN Devices at 6 (“As shown in Figure 2, a half-bridge topology is implemented using Renesas GaN devices, specifically the TP65H030G4PRS. In this setup, two GaN devices – QA (high-side) and QB (low-side) – form the half-bridge structure.”).

45. The ’010 Accused Products also include a high-side transistor including a high-side switch control gate, a high-side source, and a high-side drain wherein the high-side transistor is controlled by a high-side transistor driver circuit arranged to control a conductivity state of the high-side transistor in response to receiving a second input signal. Like the TP65B110HRU 650V SuperGaN® FET, the TP65H020G4PLSGBD includes a high-side switch control gate, a high-side source, and a high-side common drain. TP65H020G4PLSGBD data sheet at 1; Renesas GaN BDS White Paper at 9. Renesas teaches a high-side transistor driver circuit to control the transistor’s

conductivity state in response to receiving a second input signal. GaN Evaluation Board Manual at 18 & Fig. 24 (showing "GATE DRIVERS"); *see also id.* at 9 & Fig. 11. The TP65H020G4PLSGBD configured as a high-side transistor can also be controlled using a gate driver. TP65H020G4PLSGBD Press Release at 1.

46. The '010 Accused Products also include the second semiconductor device is attached to a second die-attach pad, the high-side source is electrically connected to a third external terminal, and the high-side drain is electrically connected to a fourth external terminal. The GaN device in the 650V SuperGaN® Bi-Directional Switch is attached to a second die-attach pad. TP65B110HRU data sheet at 12. Renesas also shows the second semiconductor device inside the package with wirebonds to the terminals. Renesas GaN BDS White Paper at 9 & Fig. 7; *see also* TP65B110HRU data sheet at 1. Like the TP65B110HRU 650V SuperGaN® FET, the TP65H020G4PLSGBD is also part of Renesas' SuperGaN® product line and therefore its FET is also attached to a die-attach pad with wirebonds to the terminals.

47. The '010 Accused Products also include a low-side drain electrically connected to the high-side source forming a switch-node of the half-bridge power converter. Renesas shows this switch node at (Vss) in the schematic below:

## 4. Schematic Descriptions




**Figure 11. Switching Pattern of GaN BDS Half-Bridge**

GaN Evaluation Board Manual at 9 & Fig. 11; *see also id.* at 18 & Fig. 24. This half-bridge configuration with this switch-node is also formed when using the 650V SuperGaN® Uni-Directional Switch TP65H020G4PLSGBD.

48. On or before August 2026, Renesas had actual knowledge of the ’010 Patent and the infringing nature of the ’010 Accused Products when Plaintiff sent a letter notifying Renesas of its infringement and when Plaintiff filed its Complaint in *Navitas I* accusing Renesas of infringing the ’010 Patent.

49. Renesas has infringed, is currently infringing, and/or unless enjoined will continue to infringe, one or more claims including at least claim 19 of the ’010 Patent in this District and elsewhere in the United States by, among other things, making, using, importing, selling, and/or offering for sale the ’010 Accused Products.

50. Renesas has infringed and continues to infringe the ’010 Patent despite the fact that it knew its conduct amounted to infringement of the ’010 Patent. Renesas’ infringement of the ’010 Patent is willful and deliberate, entitling Plaintiff to increased damages under 35 U.S.C. § 284 and to attorneys’ fees and costs incurred in prosecuting this action pursuant to 35 U.S.C. § 285.

51. Plaintiff has suffered damages as a result of Renesas' direct and indirect infringement of the '010 Patent in an amount adequate to compensate for Renesas' infringement, but in no event less than a reasonable royalty for the use made of the invention by Renesas, together with interest and costs as fixed by the Court.

**COUNT III**

**(Infringement of the '838 Patent)**

52. Plaintiff repeats and re-alleges the allegations in the preceding paragraphs as if fully set forth herein.

53. On January 3, 2023, the U.S. Patent & Trademark Office duly and legally issued the '838 Patent, entitled "Half-Bridge Circuit Using Separately Packaged GaN Power Devices." Attached hereto as Exhibit 3 is a true and correct copy of the '838 Patent.

54. Plaintiff Navitas Semiconductor Ireland, LLC is the owner of all right, title, and interest in and to the '838 Patent, including the right to assert all causes of action arising under the '838 Patent and the right to any remedies for infringement of the '838 Patent.

55. Claim 18 of the '838 Patent recites:

18. A half-bridge power converter, comprising:

a low-side circuit disposed on a first semiconductor device, the first semiconductor device formed from a first semiconductor substrate comprising gallium-nitride, wherein the low-side circuit comprises:

a low-side transistor comprising a low-side switch control gate, a low-side source, and a low-side drain wherein the low-side transistor is controlled by a low-side transistor driver circuit arranged to control a conductivity state of the low-side transistor in response to receiving a first input signal;

wherein the first semiconductor device is attached to a first die-attach pad and is electrically coupled to a plurality of first terminals via one or more first wirebonds, the plurality of first terminals formed within a first common plane;

a high-side circuit disposed on a second semiconductor device, the second semiconductor device formed from a second semiconductor substrate comprising gallium-nitride, wherein the high-side circuit comprises:

a high-side transistor comprising a high-side switch control gate, a high-side source, and a high-side drain wherein the high-side transistor is controlled by a high-side transistor driver circuit arranged to control a conductivity state of the high-side transistor in response to receiving a second input signal;

wherein the second semiconductor device is attached to a second die-attach pad and is electrically coupled to a plurality of second terminals via one or more second wirebonds, the plurality of second terminals formed within a second common plane;

wherein the low-side drain is electrically connected to the high-side source forming a switch-node of the half-bridge power converter.

56. Renesas has directly infringed and continues to directly infringe, literally and/or under the doctrine of equivalents, one or more claims including at least claim 18 of the ’838 Patent, in violation of 35 U.S.C. § 271(a) because Renesas makes, uses, sells, offers for sale, and/or imports certain SuperGaN products including the 650V SuperGaN® Uni-Directional Switch (part no. TP65H020G4PLSGBD), and Renesas drivers (*e.g.*, ISL71441M; ISL73041SEH; ISL73033SLHM; ISL71040M; ISL70040SEH; ISL73040SEH) (collectively, “the ’838 Accused Products”), including within this District.

57. In addition, Renesas has indirectly infringed and continues to indirectly infringe the ’838 Patent in violation of 35 U.S.C. § 271(b). Renesas has actively induced its customers, consumers, and end-users of the ’838 Accused Products to directly infringe the ’838 Patent throughout the United States, including within this District, by instructing and promoting the use of the ’838 Accused Products, including by providing and disseminating test boards, instructions, product literature, manuals, and other materials describing how to implement the ’838 Accused Products. *E.g.,* GaN Evaluation Board Manual; Renesas GaN BDS White Paper; TP65B110HRU data sheet; Designing with High-Voltage GaN Devices. Just like the TP65B110HRU, the TP65H020G4PLSGBD is a “high-voltage, depletion-mode GaN” with “normally-off” “low-voltage silicon MOSFET.” TP65B110HRU data sheet at 1; TP65H020G4PLSGBD data sheet at 1. The TP65H020G4PLSGBD could therefore be used to create a half-bridge circuit, for example, using the GaN Evaluation Board. Renesas tells its customers to use Renesas D-Mode GaN (Depletion-Mode Gallium Nitride) devices in various power configurations including half-bridge topologies. Designing with High-Voltage GaN Devices at 6 (“As shown in Figure 2, a half-bridge topology is implemented using Renesas GaN devices, specifically the TP65H030G4PRS. In this setup, two GaN devices – QA (high-side) and QB (low-side) – form the half-bridge structure.”). The 650V SuperGaN® Uni-Directional Switch (part no. TP65H020G4PLSGBD) is such a D-Mode GaN device. TP65H020G4PLSGBD data sheet at 1 (“The TP65H020G4PLSGBD 650V, 20mΩ Gallium Nitride (GaN) FET is a normally-off switch that uses Renesas’ Gen IV Plus platform. It combines a high-voltage depletion-mode GaN HEMT for high switching speed and high reliability with a low-voltage silicon MOSFET for normally-off operations and compatibility with standard drivers.”).

58. Renesas does so knowing and intending its customers, consumers, and end-users will commit these infringing acts. Renesas also continues to make, use, offer for sale, sell, and/or import the ’838 Accused Products, despite its knowledge of the ’838 Patent, thereby specifically intending for and inducing its customers, consumers, and end-users to directly infringe the ’838 Patent through the customers’ use of the ’838 Accused Products.

59. The ’838 Accused Products satisfy all claim limitations of one or more claims of the ’838 Patent, including at least claim 18. To the extent a claim limitation is not met literally, it is met under the doctrine of equivalents because any differences between the ’838 Accused Products and any limitation of the claims of the ’838 Patent are insubstantial.

60. For example, the ’838 Accused Products form a half-bridge power converter. Renesas instructs how to use a SuperGaN® Bi-Directional Switch as part of a “half-bridge” power converter. For example, its RTDACHB0000RS-MF-1 BDS GaN Evaluation Board Manual explains that: “The BDS evaluation board is designed to demonstrate the performance of the 650V TP65B110HRU GaN Bi-Directional Switch (BDS) in a half-bridge configuration.” GaN Evaluation Board Manual at 3; *see also* Designing with High-Voltage GaN Devices at 6 (“As shown in Figure 2, a half-bridge topology is implemented using Renesas GaN devices, specifically the TP65H030G4PRS. In this setup, two GaN devices – QA (high-side) and QB (low-side) – form the half-bridge structure.”). Renesas’ other SuperGAN® devices, including the accused 650V SuperGaN® Uni-Directional Switch TP65H020G4PLSGBD, similarly can be used as part of a half-bridge power converter. In this half-bridge power converter, two 650V SuperGaN® Bi-Directional Switch devices are used. GaN Evaluation Board Manual at 18 (“two devices – Q2 (high side) and Q3 (low side) – form the half bridge stage”).

61. The ’838 Accused Products also include a low-side circuit disposed on a first semiconductor device formed from a first semiconductor substrate comprising gallium-nitride. Like the TP65B110HRU 650V SuperGaN® FET, the TP65H020G4PLSGBD is also part of Renesas’ SuperGaN® product line and therefore also includes a “GaN HEMT Substrate.” TP65B110HRU data sheet at 3; TP65H020G4PLSGBD data sheet at 1. Renesas’ GaN Evaluation Board Manual further explains that: “In Figure 24, the half-bridge topology is implemented using Renesas TP65B110HRU BDS GaN devices. In this configuration, two devices – Q2 (high side) and Q3 (low side) – form the half bridge stage.” GaN Evaluation Board Manual at 18. It would also be understood that the 650V SuperGaN® Uni-Directional Switch could also be used in the GaN Evaluation Board. Figure 24 showing the “Half Bridge Schematic” from that Manual is reproduced below:




**Figure 24. Half-Bridge Schematic**

GaN Evaluation Board Manual at Fig. 24; *see also* Designing with High-Voltage GaN Devices at 6 (“As shown in Figure 2, a half-bridge topology is implemented using Renesas GaN devices, specifically the TP65H030G4PRS. In this setup, two GaN devices – QA (high-side) and QB (low-side) – form the half-bridge structure.”).

62. The ’838 Accused Products also include a low-side transistor including a low-side switch control gate, a low-side source, and a low-side drain wherein the low-side transistor is

controlled by a low-side transistor driver circuit arranged to control a conductivity state of the low-side transistor in response to receiving a first input signal. Like the TP65B110HRU 650V SuperGaN® FET, the TP65H020G4PLSGBD includes a low-side switch control gate, a low-side source, and a low-side common-drain indicated below:




TP65H020G4PLSGBD data sheet at 1 (excerpted).




*Figure 7. D-mode GaN BDS products are packaged in top-side cooled surface mount packages for best thermal performance and switching performance. The low-voltage silicon MOSFETs are included in the package. No additional circuitry to achieve safe normally-off operations is needed on board.*

Renesas GaN BDS White Paper at 9; TP65B110HRU data sheet at 12. Renesas teaches a low-side transistor driver circuit to control the transistor's conductivity state in response to receiving a first input signal: "[t]o drive each BDS device, two dual-output gate drivers are employed, allowing the use of separate turn-on and turn-off resistors to optimize switching behavior." GaN Evaluation Board Manual at 18 & Fig. 24 (showing "GATE DRIVERS"); *see also id.* at 9 & Fig. 11. The TP65H020G4PLSGBD configured as a low-side transistor can also be controlled using a gate driver, as Renesas' Press Release explained that the product "designs with industry-standard PQFN footprint plus full controller, ***driver*** and MCU lineup." TP65H020G4PLSGBD Press Release at 1 (emphasis added).

63. The '838 Accused Products also include a first semiconductor device attached to a first die-attach pad, the first semiconductor device is electrically coupled to a plurality of first terminals via one or more first wirebonds, the plurality of first terminals formed within a first

common plane. The GaN device in the 650V SuperGaN® Bi-Directional Switch is attached to a first die-attach pad. The TP65B110HRU 650V SuperGaN® FET datasheet explains: "The substrate of the GaN die is directly connected to the **package tab** for highest thermal performance." TP65B110HRU data sheet at 12 (original emphasis). Renesas also shows the first semiconductor device inside the package with wirebonds to the terminals:




*Figure 7. D-mode GaN BDS products are packaged in top-side cooled surface mount packages for best thermal performance and switching performance. The low-voltage silicon MOSFETs are included in the package. No additional circuitry to achieve safe normally-off operations is needed on board.*

Renesas GaN BDS White Paper at 9 & Fig. 7; *see also* TP65B110HRU data sheet at 1. Like the TP65B110HRU 650V SuperGaN® FET, the TP65H020G4PLSGBD is also part of Renesas' SuperGaN® product line, and therefore its FET is also inside the package with wirebonds to the terminals.

64. The '838 Accused Products also include a high-side circuit disposed on a second semiconductor device, the second semiconductor device formed from a second semiconductor substrate comprising gallium-nitride. Like the TP65B110HRU 650V SuperGaN® FET, the TP65H020G4PLSGBD is also part of Renesas' SuperGaN® product line and therefore also includes a "GaN HEMT Substrate." TP65B110HRU data sheet at 3; TP65H020G4PLSGBD data sheet at 1. Renesas' GaN Evaluation Board Manual further explains that the 650V SuperGaN® Bi-Directional Switch is the "high side" device Q2. GaN Evaluation Board Manual at 18 ("In

Figure 24, the half-bridge topology is implemented using Renesas TP65B110HRU BDS GaN devices. In this configuration, two devices – Q2 (high side) and Q3 (low side) – form the half bridge stage."). It would also be understood that the 650V SuperGaN® Uni-Directional Switch could also be used in the GaN Evaluation Board. GaN Evaluation Board Manual at Fig. 24; Designing with High-Voltage GaN Devices at 6 ("As shown in Figure 2, a half-bridge topology is implemented using Renesas GaN devices, specifically the TP65H030G4PRS. In this setup, two GaN devices – QA (high-side) and QB (low-side) – form the half-bridge structure.").

65. The '838 Accused Products also include a high-side transistor including a high-side switch control gate, a high-side source, and a high-side drain wherein the high-side transistor is controlled by a high-side transistor driver circuit arranged to control a conductivity state of the high-side transistor in response to receiving a second input signal. Like the TP65B110HRU 650V SuperGaN® FET, the TP65H020G4PLSGBD includes a high-side switch control gate, a high-side source, and a high-side common drain. TP65H020G4PLSGBD data sheet at 1; Renesas GaN BDS White Paper at 9; ; TP65B110HRU data sheet at 12. Renesas teaches a high-side transistor driver circuit to control the transistor's conductivity state in response to receiving a second input signal. GaN Evaluation Board Manual at 18 & Fig. 24 (showing "GATE DRIVERS"); *see also id.* at 9 & Fig. 11. The TP65H020G4PLSGBD configured as a high-side transistor can also be controlled using a gate driver. TP65H020G4PLSGBD Press Release at 1.

66. The '838 Accused Products also include the second semiconductor device is attached to a second die-attach pad, the second semiconductor device is electrically coupled to a plurality of second terminals via one or more second wirebonds, and the plurality of second terminals formed within a second common plane. The GaN device in the 650V SuperGaN® Bi-Directional Switch is attached to a second die-attach pad. TP65B110HRU data sheet at 12.

Renesas also shows the second semiconductor device inside the package with wirebonds to the terminals. Renesas GaN BDS White Paper at 9 & Fig. 7; *see also* TP65B110HRU data sheet at 1. Like the TP65B110HRU 650V SuperGaN® FET, the TP65H020G4PLSGBD is also part of Renesas' SuperGaN® product line and therefore its FET is also attached to a die-attach pad with wirebonds to the terminals.

67. The '838 Accused Products also include a low-side drain is electrically connected to the high-side source forming a switch-node of the half-bridge power converter. Renesas shows this switch node at (Vss) in the schematic below:

## 4. Schematic Descriptions




**Figure 11. Switching Pattern of GaN BDS Half-Bridge**

GaN Evaluation Board Manual at 9 & Fig. 11; *see also id.* at 18 & Fig. 24. This half-bridge configuration with this switch-node is also formed when using the 650V SuperGaN® Uni-Directional Switch TP65H020G4PLSGBD.

68. On or before August 2026, Renesas had actual knowledge of the '838 Patent and the infringing nature of the '838 Accused Products when Plaintiff sent a letter notifying Renesas of its infringement and when Plaintiff filed its Complaint in *Navitas I* accusing Renesas of infringing the '838 Patent.

69. Renesas has infringed, is currently infringing, and/or unless enjoined will continue to infringe, one or more claims including at least claim 18 of the ’838 Patent in this District and elsewhere in the United States by, among other things, making, using, importing, selling, and/or offering for sale the ’838 Accused Products.

70. Renesas has infringed and continues to infringe the ’838 Patent despite the fact that it knew its conduct amounted to infringement of the ’838 Patent. Renesas’ infringement of the ’838 Patent is willful and deliberate, entitling Plaintiff to increased damages under 35 U.S.C. § 284 and to attorneys’ fees and costs incurred in prosecuting this action pursuant to 35 U.S.C. § 285.

71. Plaintiff has suffered damages as a result of Renesas’ direct and indirect infringement of the ’838 Patent in an amount adequate to compensate for Renesas’ infringement, but in no event less than a reasonable royalty for the use made of the invention by Renesas, together with interest and costs as fixed by the Court.

**COUNT IV**

**(Infringement of the ’996 Patent)**

72. Plaintiff repeats and re-alleges the allegations in the preceding paragraphs as if fully set forth herein.

73. On January 2, 2024, the U.S. Patent & Trademark Office duly and legally issued the ’996 Patent, entitled “Pulsed Level Shift And Inverter Circuits For GaN Devices.” Attached hereto as Exhibit 4 is a true and correct copy of the ’996 Patent.

74. Plaintiff Navitas Semiconductor Ireland, LLC is the owner of all right, title, and interest in and to the ’996 Patent, including the right to assert all causes of action arising under the ’996 Patent and the right to any remedies for infringement of the ’996 Patent.

75. Claim 1 of the '996 Patent recites:

1. A circuit comprising:

a first transistor having a first gate terminal, a first source terminal and a first drain terminal; and

a second transistor having a second gate terminal, a second source terminal and a second drain terminal;

wherein the first drain terminal is coupled to the second source terminal;

wherein the first transistor is a gallium nitride (GaN)-based lateral high electron mobility transistor (HEMT) and the second transistor is a GaN-based lateral HEMT;

wherein the first transistor is disposed on a first GaN-based substrate and the second transistor is disposed on a second GaN-based substrate; and

wherein the first GaN-based substrate contains only the first transistor, and the second GaN-based substrate only contains the second transistor.

76. Renesas has directly infringed and continues to directly infringe, literally and/or under the doctrine of equivalents, one or more claims, including at least claim 1 of the '996 Patent, in violation of 35 U.S.C. § 271(a) because Renesas makes, uses, sells, offers for sale, and/or imports certain SuperGaN products including the 650V SuperGaN® Uni-Directional Switch (part no. TP65H020G4PLSGBD) and Renesas drivers (*e.g.*, ISL71441M; ISL73041SEH; ISL73033SLHM; ISL71040M; ISL70040SEH; ISL73040SEH) (collectively, "the '996 Accused Products"), including within this District.

77. In addition, Renesas has indirectly infringed and continues to indirectly infringe the '996 Patent in violation of 35 U.S.C. § 271(b). Renesas has actively induced its customers, consumers, and end-users of the '996 Accused Products to directly infringe the '996 Patent

throughout the United States, including within this District, by instructing and promoting the use of the '996 Accused Products, including by providing and disseminating test boards, instructions, product literature, manuals, and other materials describing how to implement the '996 Accused Products. *E.g.,* GaN Evaluation Board Manual; Renesas GaN BDS White Paper; TP65B110HRU data sheet; Designing with High-Voltage GaN Devices. Just like the TP65B110HRU, the TP65H020G4PLSGBD is a "high-voltage, depletion-mode GaN" with "normally-off" "low-voltage silicon MOSFET." TP65B110HRU data sheet at 1; TP65H020G4PLSGBD data sheet at 1. The TP65H020G4PLSGBD could therefore be used to create a half-bridge circuit, for example, using the GaN Evaluation Board. Renesas tells its customers to use Renesas D-Mode GaN (Depletion-Mode Gallium Nitride) devices in various power configurations including half-bridge topologies. Designing with High-Voltage GaN Devices at 6 ("As shown in Figure 2, a half-bridge topology is implemented using Renesas GaN devices, specifically the TP65H030G4PRS. In this setup, two GaN devices – QA (high-side) and QB (low-side) – form the half-bridge structure."). The 650V SuperGaN® Uni-Directional Switch (part no. TP65H020G4PLSGBD) is such a D-Mode GaN device. TP65H020G4PLSGBD data sheet at 1 ("The TP65H020G4PLSGBD 650V, 20mΩ Gallium Nitride (GaN) FET is a normally-off switch that uses Renesas' Gen IV Plus platform. It combines a high-voltage depletion-mode GaN HEMT for high switching speed and high reliability with a low-voltage silicon MOSFET for normally-off operations and compatibility with standard drivers.").

78. Renesas does so knowing and intending its customers, consumers, and end-users will commit these infringing acts. Renesas also continues to make, use, offer for sale, sell, and/or import the '996 Accused Products, despite its knowledge of the '996 Patent, thereby specifically

intending for and inducing its customers, consumers, and end-users to directly infringe the ’996 Patent through the customers’ use of the ’996 Accused Products.

79. The ’996 Accused Products satisfy all claim limitations of one or more claims of the ’996 Patent, including at least claim 1. To the extent a claim limitation is not met literally, it is met under the doctrine of equivalents because any differences between the ’996 Accused Products and any limitation of the claims of the ’996 Patent are insubstantial.

80. For example, the ’996 Accused Products form a half-bridge power converter circuit. Renesas instructs how to use a SuperGaN® Bi-Directional Switch as part of a “half-bridge” power converter circuit. For example, its RTDACHB0000RS-MF-1 BDS GaN Evaluation Board Manual explains that: “The BDS evaluation board is designed to demonstrate the performance of the 650V TP65B110HRU GaN Bi-Directional Switch (BDS) in a half-bridge configuration.” GaN Evaluation Board Manual at 3; *see also* Designing with High-Voltage GaN Devices at 6 (“As shown in Figure 2, a half-bridge topology is implemented using Renesas GaN devices, specifically the TP65H030G4PRS. In this setup, two GaN devices – QA (high-side) and QB (low-side) – form the half-bridge structure.”). Renesas’ other SuperGAN® devices, including the accused 650V SuperGaN® Uni-Directional Switch TP65H020G4PLSGBD, similarly can be used as part of a half-bridge power converter circuit. In this half-bridge power converter circuit, two 650V SuperGaN® Bi-Directional Switch devices are used: “In Figure 24, the half-bridge topology is implemented using Renesas TP65B110HRU BDS GaN devices. In this configuration, two devices – Q2 (high side) and Q3 (low side) – form the half bridge stage.” GaN Evaluation Board Manual at 18. Figure 24 showing the circuitry of the “Half Bridge Schematic” from that Manual is reproduced below:




**Figure 24. Half-Bridge Schematic**

GaN Evaluation Board Manual at Fig. 24. It would also be understood that the 650V SuperGaN® Uni-Directional Switch could also be used in the GaN Evaluation Board. Designing with High-Voltage GaN Devices at 6 ("As shown in Figure 2, a half-bridge topology is implemented using Renesas GaN devices, specifically the TP65H030G4PRS. In this setup, two GaN devices – QA (high-side) and QB (low-side) – form the half-bridge structure.").

81. The '996 Accused Products have a first, "low side" transistor that includes a gallium nitride (GaN) based lateral high electron mobility transistor (HEMT). GaN Evaluation Board Manual at 18 (Q3 low side transistor). The TP65H020G4PLSGBD is a gallium-nitride (GaN) device with a "high-voltage **depletion-mode GaN HEMT.**" TP65H020G4PLSGBD data sheet at 1 (emphasis added); TP65B110HRU data sheet at 12. The first transistor further has a first gate terminal, a first source terminal, and a first drain terminal. Like for the TP65B110HRU 650V SuperGaN® FET, the "HV GaN (D-mode)" GaN HEMT of the low-side TP65H020G4PLSGBD includes a first transistor with a first gate terminal, a first source terminal, and first drain terminal indicated below:




TP65H020G4PLSGBD data sheet at 1 (excerpted).




***Figure 7**. D-mode GaN BDS products are packaged in top-side cooled surface mount packages for best thermal performance and switching performance. The low-voltage silicon MOSFETs are included in the package. No additional circuitry to achieve safe normally-off operations is needed on board.*

Renesas GaN BDS White Paper at 9.




TP65B110HRU data sheet at 12 (excerpted).

82. The '996 Accused Products also have a second, "high side" transistor that includes a gallium nitride (GaN) based lateral high electron mobility transistor (HEMT). GaN Evaluation Board Manual at 1 (Q2 high side transistor). The TP65H020G4PLSGBD is a gallium-nitride (GaN) device with a "high-voltage **depletion-mode GaN HEMT**." TP65H020G4PLSGBD data sheet at 1 (emphasis added); TP65B110HRU data sheet at 12. The second transistor further has a second gate terminal, a second source terminal, and a second drain terminal. Like for the TP65B110HRU 650V SuperGaN® FET, the "HV GaN (D-mode)" GaN HEMT of the high-side TP65H020G4PLSGBD includes a second transistor with a second gate terminal, a second source terminal, and a second drain terminal as indicated below:




TP65H020G4PLSGBD data sheet at 1 (excerpted).




TP65B110HRU data sheet at 12 (excerpted); *see also* Renesas GaN BDS White Paper at 9.

83. Renesas teaches the low-side drain terminal is electrically connected to the high-side source terminal forming a switch node of the half-bridge power converter in the ’996 Accused Products. Renesas shows this switch node at (Vss) in the schematic below:

## 4. Schematic Descriptions




**Figure 11. Switching Pattern of GaN BDS Half-Bridge**

GaN Evaluation Board Manual at 9 & Fig. 11; *see also* GaN Evaluation Board Manual at 18 & Fig. 24. This half-bridge configuration with this switch-node is also formed when using the 650V SuperGaN® Uni-Directional Switch TP65H020G4PLSGBD.

84. The '996 Accused Products also include a first GaN-based substrate containing only the first transistor. Just like TP65B110HRU 650V SuperGaN® FET, the low-side TP65H020G4PLSGBD includes only a GaN transistor on the first GaN substrate:

## Block Diagram



TP65H020G4PLSGBD data sheet at 1 (excerpted).



Device Architecture

TP65B110HRU data sheet at 12 (excerpted, annotated); *see also* Renesas GaN BDS White Paper at 9; TP65B110HRU data sheet at 1 (describing a "common-drain Bi-Directional Switch": "The product combines a bidirectional, high-voltage, depletion-mode GaN" transistor). Like TP65B110HRU 650V SuperGaN® FET, the TP65H020G4PLSGBD is also part of Renesas' SuperGaN® product line and therefore also includes a GaN HEMT substrate.

85. The '996 Accused Products also include a second GaN-based substrate containing only the second transistor. Just like TP65B110HRU 650V SuperGaN® FET, the high-side TP65H020G4PLSGBD includes only a GaN transistor on the second GaN substrate. TP65H020G4PLSGBD data sheet at 1; TP65B110HRU data sheet at 12; *see also* Renesas GaN BDS White Paper at 9; TP65B110HRU data sheet at 1 (describing a "common-drain Bi-Directional Switch": "The product combines a bidirectional, high-voltage, depletion-mode GaN" transistor). Like the TP65B110HRU 650V SuperGaN® FET, the TP65H020G4PLSGBD is also part of Renesas' SuperGaN® product line and therefore also includes a GaN HEMT substrate.

86. On or before August 2026, Renesas had actual knowledge of the '996 Patent and the infringing nature of the '996 Accused Products when Plaintiff sent a letter notifying Renesas

of its infringement and when Plaintiff filed its Complaint in *Navitas I* accusing Renesas of infringing the ’996 Patent.

87. Renesas has infringed, is currently infringing, and/or unless enjoined will continue to infringe, one or more claims including at least claim 1 of the ’996 Patent in this District and elsewhere in the United States by, among other things, making, using, importing, selling, and/or offering for sale the ’996 Accused Products.

88. Renesas has infringed and continues to infringe the ’996 Patent despite the fact that it knew its conduct amounted to infringement of the ’996 Patent. Renesas’ infringement of the ’996 Patent is willful and deliberate, entitling Plaintiff to increased damages under 35 U.S.C. § 284 and to attorneys’ fees and costs incurred in prosecuting this action pursuant to 35 U.S.C. § 285.

89. Plaintiff has suffered damages as a result of Renesas’ direct and indirect infringement of the ’996 Patent in an amount adequate to compensate for Renesas’ infringement, but in no event less than a reasonable royalty for the use made of the invention by Renesas, together with interest and costs as fixed by the Court.

## COUNT V

### (Infringement of the ’891 Patent)

90. Plaintiff repeats and re-alleges the allegations in the preceding paragraphs as if fully set forth herein.

91. On April 4, 2017, the U.S. Patent & Trademark Office duly and legally issued the ’891 Patent, entitled “Electronic Packages for Flip Chip Devices.” Attached hereto as Exhibit 5 is a true and correct copy of the ’891 Patent.

92. Plaintiff Navitas Semiconductor Ireland, LLC is the owner of all right, title, and interest in and to the ’891 Patent, including the right to assert all causes of action arising under the ’891 Patent and the right to any remedies for infringement of the ’891 Patent.

93. Claim 1 of the ’891 Patent recites:

1. An electronic package comprising:

a leadframe having a thickness extending from a top surface of the leadframe to a bottom surface of the leadframe and comprising:

a first terminal having a plurality of first terminal fingers extending therefrom and a second terminal having a plurality of second terminal fingers extending therefrom wherein the plurality of first terminal fingers are interdigitated with the plurality of second terminal fingers;

a third terminal having at least one third terminal finger;

wherein the first terminal, the second terminal and the third terminal have a first thickness extending from the top surface of the leadframe to the bottom surface of the leadframe; and

wherein the first terminal fingers, the second terminal fingers and the at least one third terminal finger have a second thickness extending from the top surface of the leadframe to an intermediate plane that is located between the top surface and the bottom surface of the leadframe;

a GaN-based die electrically coupled to the top surface of the leadframe, and including a source pad having a plurality of source fingers and a drain pad having a plurality of drain fingers wherein the plurality of source fingers are interdigitated with the plurality of drain fingers, and a gate pad;

a plurality of interconnects disposed between the GaN-based die and the top surface of the leadframe and configured to provide electrical continuity between the plurality of first terminal fingers and the plurality of drain fingers, between the plurality of second

terminal fingers and the plurality of source fingers and between the third terminal finger and the at least one gate pad, respectively;

a first encapsulant adhered to the leadframe such that it encapsulates the GaN-based die, the first encapsulant having a thickness that extends from at least the intermediate plane to at least a top surface of the GaN-based die;

one or more channels formed in the bottom surface of the leadframe to a depth of at least the intermediate plane;

a second encapsulant disposed within the one or more channels.

94. Renesas has directly infringed and continues to directly infringe, literally and/or under the doctrine of equivalents, one or more claims, including at least claim 1, of the ’891 Patent in violation of 35 U.S.C. § 271(a) because Renesas makes, uses, sells, offers for sale, and/or imports certain REXGaN® products including the 100V REXGaN® FET in Flip Chip package (part no. RTP100E005G1FL)[9] and similar devices, *e.g.*, RTP100E2P6G1FL, RTP100E1P8G1FL-DSC, RTP100E1P2G1FL-DSC) (“the ’891 Accused Products”), including within this District.

95. The ’891 Accused Products satisfy all claim limitations of one or more claims of the ’891 Patent, including at least claim 1. To the extent a claim limitation is not met literally, it is met under the doctrine of equivalents because any differences between the ’891 Accused Products and any limitation of the claims of the ’891 Patent are insubstantial.

96. For example, the ’891 Accused Products, including the 100V REXGaN® FET, have an electronic package comprising a leadframe having a thickness extending from a top surface of the leadframe to a bottom surface of the leadframe. An annotated cross-sectional view of the

---

[9] https://www.renesas.com/en/document/dst/rtp100e005g1fl-datasheet?r=25625237 (Sept. 22, 2026) (last visited Nov. 11, 2026).

100V REXGaN® FET shows that the thickness of the leadframe (green) extends from its top surface to its bottom surface, as shown below on the right:




97. The ’891 Accused Products, including the 100V REXGaN® FET, also include a first terminal having a plurality of first terminal fingers extending therefrom and a second terminal having a plurality of second terminal fingers extending therefrom wherein the plurality of first terminal fingers are interdigitated with the plurality of second terminal fingers, a third terminal having at least one third terminal finger, wherein the first terminal, the second terminal and the third terminal have a first thickness extending from the top surface of the leadframe to the bottom surface of the leadframe. For example, as shown below (left) in the annotated top view image of the 100V REXGaN® FET, the first terminal (blue) has a plurality of terminal fingers, the second terminal (orange) has a plurality of terminal fingers, and the plurality of first terminal fingers are interdigitated with the plurality of second terminal fingers. The third terminal (purple) has at least one terminal finger. As a further example in the annotated cross-sectional image below (right), the first, second, and third terminal fingers can also be seen with the first terminal fingers

interdigitated with the plurality of second terminal fingers. This same cross-sectional image shows the second terminal (blue) having a first thickness (green) that extends from the top surface to the bottom surface of the leadframe. The second terminal (orange) and the third terminal (purple) also have a first thickness (green) that extends from the top surface to the bottom surface of the leadframe that would be visible in cross-sections of the device taken at locations other than the cross-section below:




98. The ’891 Accused Products, including the 100V REXGaN® FET, also include first terminal fingers, the second terminal fingers, and the at least one third terminal finger have a second thickness extending from the top surface of the leadframe to an intermediate plane that is located between the top surface and the bottom surface of the leadframe. For example, in the annotated cross-sectional image of the 100V REXGaN® FET below (right), the intermediate plane (white) is shown between the top surface and bottom surface of the leadframe. The second thickness (red arrow) is shown extending from the top surface of the lead frame to the intermediate plane:




99. The ’891 Accused Products, including the 100V REXGaN® FET, also include a GaN-based die electrically coupled to the top surface of the leadframe, and including a source pad having a plurality of source fingers and a drain pad having a plurality of drain fingers wherein the plurality of source fingers are interdigitated with the plurality of drain fingers, and a gate pad. For example, as shown below (left) in the annotated top view image of the 100V REXGaN® FET, a source pad (orange) has a plurality of source fingers, the drain pad (blue) has a plurality of drain fingers, and the source fingers are interdigitated with the plurality of drain fingers. The gate pad (purple) is also shown. As a further example, the annotated cross-sectional image below (right) shows the GaN-based die electronically coupled to the top surface of the leadframe via the source pad (orange), drain pad (blue), and gate pad (purple).




100. The ’891 Accused Products, including the 100V REXGaN® FET, also include a plurality of interconnects disposed between the GaN-based die and the top surface of the leadframe and configured to provide electrical continuity between the plurality of first terminal fingers and the plurality of drain fingers, between the plurality of second terminal fingers and the plurality of source fingers and between the third terminal finger and the at least one gate pad, respectively. For example, as shown below in the annotated cross-sectional image of the 100V REXGaN® FET, there are a plurality of interconnects (pink) disposed between the GaN-based die (gray) and the top surface of the leadframe. These plurality of interconnects provide electrical continuity between the plurality of first terminal fingers and the plurality of drain fingers (blue), between the plurality of second terminal fingers and the plurality of source fingers (orange), and between the third terminal finger and the at least one gate pad (purple), respectively.




101. The ’891 Accused Products, including the 100V REXGaN® FET, also include a first encapsulant adhered to the leadframe such that it encapsulates the GaN-based die, the first encapsulant having a thickness that extends from at least the intermediate plane to at least a top surface of the GaN-based die, one or more channels formed in the bottom surface of the leadframe to a depth of at least the intermediate plane, a second encapsulant disposed within the one or more channels. For example, as shown below in the annotated cross-sectional image of the 100V REXGaN® FET, a first encapsulant (dark blue) encapsulates the GaN-based die (gray) and extends at least from the intermediate plane (white) to at least the top surface of the GaN)-based die. This same cross-sectional image also shows the one or more channels (light blue) formed in the bottom surface of the lead frame that are to a depth of at least the intermediate plane. Further shown in this same annotated cross-sectional image is the second encapsulant (light purple) disposed within one or more channels, which can also be seen in the smaller cross-sectional image on the lower left depicting an enlarged view of the one or more channels and the second encapsulant.




102. Renesas has actual knowledge of the ’891 Patent and the infringing nature of the ’891 Accused Products at least by the date of service of this complaint.

103. Renesas has infringed, is currently infringing, and/or unless enjoined will continue to infringe, one or more claims including at least claim 1 of the ’891 Patent in this District and elsewhere in the United States by, among other things, making, using, importing, selling, and/or offering for sale the ’891 Accused Products.

104. Renesas has infringed and continues to infringe the ’891 Patent despite the fact that it knew its conduct amounted to infringement of the ’891 Patent. Renesas’ infringement of the ’687 Patent is willful and deliberate, entitling Plaintiff to increased damages under 35 U.S.C. § 284 and to attorneys’ fees and costs incurred in prosecuting this action pursuant to 35 U.S.C. § 285.

105. Plaintiff has suffered damages as a result of Renesas’ direct and indirect infringement of the ’891 Patent in an amount adequate to compensate for Renesas’ infringement,

but in no event less than a reasonable royalty for the use made of the invention by Renesas, together with interest and costs as fixed by the Court.

**COUNT VI**

**(Infringement of the ’687 Patent)**

106. Plaintiff repeats and re-alleges the allegations in the preceding paragraphs as if fully set forth herein.

107. On April 23, 2019, the U.S. Patent & Trademark Office duly and legally issued the ’687 Patent, entitled “Electronic Packages for Flip Chip Devices.” Attached hereto as Exhibit 6 is a true and correct copy of the ’687 Patent.

108. Plaintiff Navitas Semiconductor Ireland, LLC is the owner of all right, title, and interest in and to the ’687 Patent, including the right to assert all causes of action arising under the ’687 Patent and the right to any remedies for infringement of the ’687 Patent.

109. Claim 1 of the ’687 Patent recites:

1. An electronic package comprising:

a leadframe having a thickness extending from a top surface of the leadframe to a bottom surface of the leadframe and comprising:

a first terminal having a plurality of first terminal fingers extending therefrom and a second terminal having a plurality of second terminal fingers extending therefrom wherein the plurality of first terminal fingers are interdigitated with the plurality of second terminal fingers;

wherein the first terminal and the second terminal have a first thickness extending from the top surface of the leadframe to the bottom surface of the leadframe; and

wherein the plurality of first terminal fingers and the plurality of second terminal fingers have a second thickness extending from the top surface of the leadframe to

an intermediate plane that is located between the top surface and the bottom surface of the leadframe;

a GaN-based die electrically coupled to the top surface of the leadframe, and including a source pad having a plurality of source fingers and a drain pad having a plurality of drain fingers wherein the plurality of source fingers are interdigitated with the plurality of drain fingers;

a plurality of interconnects disposed between the GaN-based die and the top surface of the leadframe and configured to provide electrical continuity between the plurality of first terminal fingers and the plurality of drain fingers, and between the plurality of second terminal fingers and the plurality of source fingers, respectively;

one or more channels formed in the bottom surface of the leadframe to a depth of at least the intermediate plane; and

an encapsulant encapsulating the GaN-based die and at least a portion of the leadframe, the encapsulant extending from at least a top surface of the GaN-based die to the bottom surface of the leadframe.

110. Renesas has directly infringed and continues to directly infringe, literally and/or under the doctrine of equivalents, one or more claims, including at least claim 1, of the '687 Patent in violation of 35 U.S.C. § 271(a) because Renesas makes, uses, sells, offers for sale, and/or imports certain REXGaN® products including the 100V REXGaN® FET in Flip Chip package (part no. RTP100E005G1FL) and similar devices, *e.g.*, RTP100E2P6G1FL, RTP100E1P8G1FL-DSC, RTP100E1P2G1FL-DSC) ("the '687 Accused Products"), including within this District.

111. The '687 Accused Products satisfy all claim limitations of one or more claims of the '687 Patent, including at least claim 1. To the extent a claim limitation is not met literally, it

is met under the doctrine of equivalents because any differences between the ’687 Accused Products and any limitation of the claims of the ’687 Patent are insubstantial.

112. For example, the ’687 Accused Products, including the 100V REXGaN® FET, have an electronic package comprising a leadframe having a thickness extending from a top surface of the leadframe to a bottom surface of the leadframe. An annotated cross-sectional view of the 100V REXGaN® FET shows that the thickness of the leadframe (green) extends from its top surface to its bottom surface, as shown below on the right:




113. The ’687 Accused Products, including the 100V REXGaN® FET, also include a first terminal having a plurality of first terminal fingers extending therefrom and a second terminal having a plurality of second terminal fingers extending therefrom wherein the plurality of first terminal fingers are interdigitated with the plurality of second terminal fingers, wherein the first terminal and the second terminal have a first thickness extending from the top surface of the leadframe to the bottom surface of the leadframe. For example, as shown below (left) in the annotated top view image of the 100V REXGaN® FET, the first terminal (blue) has a plurality of

terminal fingers, the second terminal (orange) has a plurality of terminal fingers, and the plurality of first terminal fingers are interdigitated with the plurality of second terminal fingers. As a further example in the annotated cross-sectional image below (right), the first and second terminal fingers can also be seen with the plurality of first terminal fingers interdigitated with the plurality of second terminal fingers. This same cross-sectional image shows the second terminal (blue) having a first thickness (green) that extends from the top surface to the bottom surface of the leadframe. The second terminal (orange) also has a first thickness (green) that extends from the top surface to the bottom surface of the leadframe that would be visible in cross-sections of the device taken at locations other than the cross-section below:




114. The ’687 Accused Products, including the 100V REXGaN® FET, also include the plurality of first terminal fingers and the plurality of second terminal fingers have a second thickness extending from the top surface of the leadframe to an intermediate plane that is located between the top surface and the bottom surface of the leadframe. For example, in the annotated cross-sectional image of the 100V REXGaN® FET below (right), the intermediate plane (white)

is shown between the top surface and bottom surface of the leadframe. The second thickness (red arrow) is also shown extending from the top surface of the lead frame to the intermediate plane:




115. The '687 Accused Products, including the 100V REXGaN® FET, also include a GaN-based die electrically coupled to the top surface of the leadframe, and including a source pad having a plurality of source fingers and a drain pad having a plurality of drain fingers wherein the plurality of source fingers are interdigitated with the plurality of drain fingers. For example, as shown below (left) in the annotated top view image of the 100V REXGaN® FET, a source pad (orange) has a plurality of source fingers, the drain pad (blue) has a plurality of drain fingers, and the source fingers are interdigitated with the plurality of drain fingers. As a further example, the annotated cross-sectional image below (right) shows the GaN-based die electrically coupled to the top surface of the leadframe via the source pad (orange) and drain pad (blue).




116. The ’687 Accused Products, including the 100V REXGaN® FET, also include a plurality of interconnects disposed between the GaN-based die and the top surface of the leadframe and configured to provide electrical continuity between the plurality of first terminal fingers and the plurality of drain fingers, and between the plurality of second terminal fingers and the plurality of source fingers, respectively. For example, as shown below in the annotated cross-sectional image of the 100V REXGaN® FET, there are a plurality of interconnects (pink) disposed between the GaN-based die (gray) and the top surface of the leadframe. These plurality of interconnects provide electrical continuity between the plurality of first terminal fingers and the plurality of drain fingers (blue) and between the plurality of second terminal fingers and the plurality of source fingers (orange), respectively.




117. The ’687 Accused Products, including the 100V REXGaN® FET, also include one or more channels formed in the bottom surface of the leadframe to a depth of at least the intermediate plane, and an encapsulant encapsulating the GaN-based die and at least a portion of the leadframe, the encapsulant extending from at least a top surface of the GaN-based die to the bottom surface of the leadframe. For example, as shown below in the annotated cross-sectional image of the 100V REXGaN® FET, there are one or more channels (light blue) formed in the bottom surface of the lead frame that are to a depth of at least the intermediate plane. This same cross-sectional image also shows an encapsulant (dark blue) that encapsulates the GaN-based die (gray) and extends from at least a top surface of the GaN-based die to the bottom surface of the leadframe.




118. Renesas has actual knowledge of the ’687 Patent and the infringing nature of the ’687 Accused Products at least by the date of service of this complaint.

119. Renesas has infringed, is currently infringing, and/or unless enjoined will continue to infringe, one or more claims including at least claim 1 of the ’687 Patent in this District and elsewhere in the United States by, among other things, making, using, importing, selling, and/or offering for sale the ’687 Accused Products.

120. Renesas has infringed and continues to infringe the ’687 Patent despite the fact that it knew its conduct amounted to infringement of the ’687 Patent. Renesas’ infringement of the ’687 Patent is willful and deliberate, entitling Plaintiff to increased damages under 35 U.S.C. § 284 and to attorneys’ fees and costs incurred in prosecuting this action pursuant to 35 U.S.C. § 285.

121. Plaintiff has suffered damages as a result of Renesas’ direct and indirect infringement of the ’687 Patent in an amount adequate to compensate for Renesas’ infringement, but in no event less than a reasonable royalty for the use made of the invention by Renesas, together with interest and costs as fixed by the Court.

## DEMAND FOR JURY TRIAL

122. Plaintiff hereby demands a jury trial for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

A. A judgment in favor of Plaintiff that Renesas has directly and/or indirectly infringed one or more claims of the Asserted Patents under 35 U.S.C. § 271;

B. A judgment in favor of Plaintiff that Renesas' infringement of the Asserted Patents has been willful, and awarding Plaintiff enhanced damages under 35 U.S.C. § 284;

C. A permanent injunction enjoining Renesas, its respective officers, directors, agents, servants, employees, and those persons on active concert or participation with them, from infringing the Asserted Patents in violation of 35 U.S.C. § 271;

D. An award of damages, to be paid by Renesas in an amount adequate to compensate Plaintiff for such damages, including enhanced damages for willful infringement, supplemental damages for any continuing post-verdict infringement by Renesas of the Asserted Patents up until the entry of judgment, together with pre-judgment and post-judgment interest through the date such judgment is entered;

E. A judgment in favor of Plaintiff that this case is exceptional pursuant to 35 U.S.C. § 285;

F. An award of Plaintiff's costs, expenses, attorneys' fees, and such further and additional relief deemed appropriate by this Court and all other relief to which the Court finds Plaintiff is entitled; and

G. Further relief as this Court deems just and proper.

Dated: November 12, 2026

Respectfully submitted,

ARMOND WILSON LLP

By: /s/ *Douglas R. Wilson*

Douglas R. Wilson
Texas Bar No. 24037719
doug.wilson@armondwilson.com
ARMOND WILSON LLP
13785 Research Blvd., Suite 125
Austin, Texas 78750
Phone: (512) 267-1663
Facsimile: (949) 386-1932

Michelle E. Armond
(*pro hac vice forthcoming*)
michelle.armond@armondwilson.com
Monica M. Arnold
(*pro hac vice forthcoming*)
monica.arnold@armondwilson.com
Yang Ma
(*pro hac vice forthcoming*)
yang.ma@armondwilson.com
Abigael Neufeld
(*pro hac vice forthcoming*)
abbie.neufeld@armondwilson.com
ARMOND WILSON LLP
100 Bayview Circle, Suite 300
Newport Beach, CA 92660
Telephone: (949) 386-1341
Facsimile: (949) 386-1932

*Attorneys for Plaintiff*
*Navitas Semiconductor Ireland, LLC*